UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA          )
                                  )
v.                                )          No. 2:12-CR-00119-3-JRG-CLC
                                  )
CARL DANIEL RAY                   )

## **ORDER**

This matter is before the Court on Defendant Carl Daniel Ray's Motion for Early Termination of Supervised Release. [Doc. 160]. On March 13, 2013, Mr. Ray pleaded guilty to a conspiracy to manufacture more than five grams but less than fifty grams of methamphetamine, in violation of 21 U.S.C. §§ 841(b)(1)(B), 846. [Minute Entry, Doc. 51; J., Doc. 104, at 1]. On August 12, 2013, the Court sentenced him to sixty months' imprisonment and a four-year term of supervised release. [Minute Entry, Doc. 98; J. at 2–3].

Mr. Ray now moves for early termination of his term of supervision, having completed over half of this term without any compliance-related issues with the United States Probation Office. In addition, neither the United States Probation Office nor the United States Attorney's Office opposes Mr. Ray's request for early termination. [United States' Resp., Doc. 163, at 1]. Under 18 U.S.C. § 3583(e)(1), Mr. Ray's Motion for Early Termination of Supervised Release [Doc. 160] is therefore **GRANTED**, and his term of supervised release is **TERMINATED** as of this Order's date.

So ordered.

ENTER:

_____
s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE
